TOLEDO BAR ASSOCIATION *v.* ZERNER.

[Cite as *Toledo Bar Assn. v. Zerner* (1998), 84 Ohio St.3d 97.]

(No. 98–381—Submitted June 24, 1998—Decided November 25, 1998.)

*Julia Smith Wiley* and *William H. Gosline,* for relator.

*Reginald S. Jackson, Jr.,* for respondent.

---

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law in Ohio for two years. Costs are taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Douglas, Lazarus, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

Cynthia C. Lazarus, J., of the Tenth Appellate District, sitting for Resnick, J.